1  LAURA L. GEIST (SBN: 180826)
   DANIEL S. KUBASAK (SBN: 222336)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  GARY J. LORCH (SBN: 119989)
   GORDON & REES LLP
6  633 West Fifth Street, 52nd floor
   Los Angeles, CA 90071
7  Telephone: (213) 576-5000
   Facsimile: (213) 680-4470
8
   Attorneys for Defendant
9  INTERNATIONAL CAREER DEVELOPMENT
   CENTER, INC. doing business as ICDC COLLEGE
10

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

14 BRIAN WILHELM, an individual, on behalf )   Case No. CV 12-04236 DMG
   of himself and all others similarly situated, ) (RZx)
15                                             )
                        Plaintiffs,            )  **PROOF OF SERVICE**
16                                             )
        vs.                                    )
17                                             )
   INTERNATIONAL CAREER                        )
18 DEVELOPMENT CENTER, INC., a                 )
   California corporation, dba ICDC            )
19 COLLEGE; and DOES 1-100, inclusive,         )
                                               )
20                      Defendants.            )
                                               )
21

22      I am a resident of the State of California, over the age of eighteen years, and
   not a party to the within action. My business address is: Gordon & Rees LLP 275
23 Battery Street, Suite 2000, San Francisco, CA 94111. On May 16, 2012, I served
   the within document(s):
24
        **Civil Cover Sheet**
25
        **Notice of Removal of Action Under 28 U.S.C. §§ 1332(D), 1441,**
26      **1443 and 1453**

27      **Declaration of Amit Patel in Support of Notice of Removal of**
        **Action Under 28 U.S.C. §§ 1332(D), 1441, 1443 and 1453**
28

- 1 -
PROOF OF SERVICE

**Certification and Notice of Interested Parties**

**Notice to Counsel**

**Notice of Assignment to United States Magistrate Judge for Discovery**

**Notice to Parties of Court-Directed ADR Program**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☒ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

| | |
|---|---|
| Rosa Vigil-Gallenberg<br>Gallenberg PC<br>9701 Wilshire Boulevard, Suite 1000<br>Beverly Hills, CA  90212 | Attorneys for Plaintiff<br>**Brian Wilhelm**<br><br>Ph:  310-295-1654<br>Fx:  310-733-5654<br>rosa@gallenberglaw.com |

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on May 16, 2012 at San Francisco, California.

*/s/ Debbie McKee*
Debbie McKee