JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILHELM, an individual, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>INTERNATIONAL CAREER DEVELOPMENT CENTER, INC., a California Corporation DBA ICDC COLLEGE,<br><br>                    Defendant. | CASE NO. 2:12-cv-04236-DMG-RZ<br><br>**ORDER RE: STIPULATION TO REMAND [11]** |

In accordance with the parties' stipulation, and good cause appearing therefor, the above-captioned case is immediately remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: June 6, 2012

*/s/ Dolly M. Gee*
DOLLY M. GEE
United States District Judge